# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

142193

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

       SC: 142193
       COA: 299488
       Kalamazoo CC: 94-000678-FC

RONALD TORINO DYSON,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 19, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

Clerk

0321